# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Philadelphia                    :
                                        :
                v.                      :
                                        :
Jose Rivera, Paula Marino,              :
The United States of America            :
and Harrison, Inc.                      :
                                        :    No. 513 C.D. 2016
                                        :
Appeal of: Harrison, Inc.               :

## O R D E R

AND NOW, this 4th day of October, 2017, it is ORDERED that the above-captioned opinion filed June 22, 2017, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge